# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| ROTO-MIX, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>SIOUX AUTOMATION CENTER, INC.<br><br>        Defendant. | CIVIL ACTION NO. C16-4116LRR<br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

COMES NOW Plaintiff, Roto-Mix, LLC ("Roto-Mix"), and for its Complaint against Defendant, Sioux Automation Center, Inc. (hereinafter "Defendant") states and alleges as follows:

### PARTIES, JURIDICTION AND VENUE

1. This is an action for patent infringement arising under the patent laws, Title 35, United States Code. The Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a). Venue is proper in this district in accordance with 28 U.S.C. § 1391(b) & (c) and 28 U.S.C. § 1400(b).

2. Plaintiff Roto-Mix is a Kansas limited liability company having its principal place of business at 2205 E Wyatt Earp Blvd, Dodge City, Kansas 67801.

3. Upon information and belief, Defendant Sioux Automation is an Iowa Corporation, doing business in Iowa and elsewhere, having its principal place of business at 877 1st Avenue NW, Sioux Center, Iowa 51250.

4. Upon information and belief, Defendant Sioux Automation has regular contact with this district by selling its products, including the accused products described below, within the district.

**COUNT I**
**PATENT INFRINGEMENT OF U.S. PATENT NO. 7,566,166**

5. Roto-Mix re-alleges and incorporates by reference paragraphs 1 through 4 as if set forth herein.

6. On July 28, 2009, United States Letters Patent No. 7,566,166 ("the '166 Patent") entitled "Animal Feed and Industrial Mixer Having Staggered Rotor Paddles and Method for Making and Using Same" was duly and legally issued in the names of Benjamin R. Neier, Rodney R. Neier, and Gregory R. Reimer, and the entire right, title and interest in and to said patent has been assigned to Roto-Mix, LLC, including the right to sue, as reflected by an assignment recorded in the United States Patent and Trademark Office. A copy of the aforesaid patent is attached hereto as Exhibit 1.

7. On information and belief, Defendant Sioux Automation has manufactured, used, sold and/or offered for sale, and is continuing to manufacture, use, sale and/or offer for sale within this district and elsewhere products which infringe one or more claims of United States Patent No. 7,566,166, including the TURBO-MAX reel mixers that include the TURBO REEL.

8. A photograph of at least one version of the infringing Sioux Automation trailer, as shown on 6100 Series, has been included below.

9. For exemplary purposes only, Defendant's infringement of at least claim 1 of the '166 Patent is shown in the claim chart below:

| Claim 1 of the '166 Patent | Images of a Representative Accused Product |
|---|---|
| 1. A mixer for mixing a mixture comprising: <br><br> a housing having first and second opposite end walls and first and second opposite side walls formed therein and defining a first chamber and a second chamber in side-by-side relation to one another and being partially in communication with one another; <br><br> an upper auger within the first chamber and having an upper auger shaft mounted for rotation between the first and second end walls of the housing, the upper auger shaft having one or more upper radial members extending from the upper auger shaft; <br><br> a lower auger within the first chamber below the upper auger and having a lower auger shaft mounted for rotation between the first and second end walls of the housing, the lower auger shaft having one or more lower radial members extending from the lower auger shaft; <br><br> a rotor within the second chamber beside the upper and lower augers and having an elongated rotor shaft mounted for rotation between the first and second end walls of the housing; <br> a plurality of arm assemblies mounted in spaced relation to one |  |

another along the length of the rotor shaft, each of the arm assemblies comprising two or more arms, each of the arms having a first end attached to the rotor shaft
and having a second end located in an outward radial direction from the rotor shaft and being free from attachment to the adjacent ones of the arm assemblies;

a plurality of paddles, each paddle mounted on the second end of one and only one corresponding arm of the arm assemblies;

all of the paddles on one of the arm assemblies being circumferentially staggered with respect to all of the paddles on the adjacent ones of the arm assemblies;

each of the paddles being free from surfaces that impart axial movement in opposite directions to the mixture during rotation of the rotor shaft;

the arm assemblies and the plurality of paddles extending outward in a radial direction from the rotor shaft a greater distance than either of the upper and lower radial members extend in a radial direction from each of the upper and lower auger shafts respectively;

mechanism attached to, and rotating, each of the upper auger, lower auger, and rotor.



"TURBO" Reel[1]

---

[1] The "TURBO" Reel is interchangeable with the Standard 4-Bar Reel.

10. Plaintiff Roto-Mix has been damaged by Defendant's infringement of United States Patent No. 7,566,166 and will continue to be damaged in the future unless Defendant is permanently enjoined from infringing said patent.

11. Defendant has actual and constructive notice that said patent has been duly and legally issued and that its manufacture, use, sale and/or offer for sale of its products infringe United States Patent No. 7,566,166.

12. Upon information and belief, Defendant's infringement of United States Patent No. 7,566,166 is now and has been intentional, willful and deliberate.

## COUNT II
## PATENT INFRINGEMENT OF U.S. PATENT NO. 8,177,419

13. Roto-Mix re-alleges and incorporates by reference paragraphs 1 through 12 as if set forth herein.

14. On May 15, 2012, United States Letters Patent No. 8,177,419 ("the '419 Patent") entitled "Animal Feed and Industrial Mixer having Staggered Rotor Paddles" was duly and legally issued in the names of Benjamin R. Neier, Rodney R. Neier, and Gregory R. Reimer, and the entire right, title and interest in and to said patent has been assigned to Roto-Mix, LLC, including the right to sue, as reflected by an assignment recorded in the United States Patent and Trademark Office. A copy of the aforesaid patent is attached hereto as Exhibit 2.

15. On information and belief, Defendant Sioux Automation has manufactured, used, sold and/or offered for sale, and is continuing to manufacture, use, sell and/or offer for sale within this district and elsewhere products which infringe one or more claims of United States Patent No. 8,177,419, including the TURBO-MAX reel mixers that include the TURBO REEL.

16. A photograph of at least one version of the infringing Sioux Automation trailer, as shown on the 6100 Series, has been included below.

17. For exemplary purposes only, Defendant's infringement of at least claims 1 and 6 of the '419 Patent is shown in the claim chart below:

| Claims 1 and 6 of the '419 Patent | Images of a Representative Accused Product |
|---|---|
| 1. A mixer for mixing a mixture comprising:<br><br>a housing having first and second opposite end walls, first and second opposite side walls, and a bottom wall forming therein and defining a first chamber and a second chamber in side-by side relation to one another and being partially in communication with one another;<br><br>two augers within the first chamber, each of the augers having at least one radial member attached to an auger shaft, and each of the two augers being mounted for rotation between the first and second opposite end walls, wherein the two augers comprise an upper auger and a lower auger, the upper auger being directly above and aligned with the lower auger within the first chamber;<br><br>a rotor within the second chamber having an elongated rotor shaft mounted for rotation about a | |

rotational rotor axis between the first and second end walls of the housing;

a plurality of arm assemblies mounted in spaced relation to one another along the length of the rotor shaft, each of the arm assemblies comprising two or more arms, each of the arms having a first end operatively attached to the rotor shaft and having a second end located in an outward radial direction from the rotor shaft;

all of the second ends of the arm assemblies within each of the arm assemblies being staggered with respect to the adjacent arm assemblies and being free from attachment to each of the adjacent arm assemblies;

a plurality of paddles, each fixed to the second end of one and only one of the arms of the arm assemblies;

mechanism attached to, and rotating, each of the upper auger, lower auger, and rotor, and

wherein each of the paddles is free from surfaces that would impart significant axial movement to a mixture in the second chamber as the rotor shaft is rotated.

6. A mixer comprising:

a housing having defined therein a first chamber and a second





"TURBO" Reel

| | |
|---|---|
| chamber partially in communication with each other;<br><br>two augers in the first chamber, the augers being generally parallel to each other;<br><br>a rotor shaft in the second chamber mounted for rotation about an axis that is generally parallel to the two augers;<br><br>and<br><br>a plurality of paddle assemblies mounted in spaced relation to one another along the rotor shaft, each of the paddle assemblies including at least three arms and three paddles, each of the paddles being staggered with respect to each of the paddles on adjacent paddle assemblies, each of the paddles fixed to one and only one of the arms, and each of the paddles being free from surfaces that would impart significant axial movement to a mixture in the second chamber as the rotor shaft is rotated. | |

18. Plaintiff Roto-Mix has been damaged by Defendant's infringement of United States Patent No. 8,177,419 and will continue to be damaged in the future unless Defendant is permanently enjoined from infringing said patent.

19. Prior to issuing as United States Patent No. 8,177,419, the application that matured into that patent was published on October 29, 2009 as United States Patent Application 2009/0268549 A1.

20. Claims 6-8 of United States Patent No. 8,177,419 issued in substantially identical form as published in United States Patent Application 2009/0268549 A1.

21. Defendant Sioux Automation had actual notice of Published Application 2009/0268549 A1, at least as early as February 8, 2011.

22. Upon information and belief, Defendant's infringement of United States Patent No. 8,177,419 is now and has been intentional, willful and deliberate.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Roto-Mix prays for the following relief:

A. A judgment that Defendant has infringed United States Patent No. 7,566,166;

B. An injunction permanently enjoining and restraining Defendant, its officers, directors, agents, servants, employees, attorneys and all others acting under, in concert with, or through it, directly or indirectly, from infringing United States Patent No. 7,566,166;

C. A judgment that Defendant's infringement of United States Patent No. 7,566,166 has been and is now willful and deliberate;

D. A judgment requiring Defendant to pay damages under 35 U.S.C. § 284 for the infringement of United States Patent No. 7,566,166, including treble damages with both prejudgment and post-judgment interest;

E. A judgment that Defendant has infringed United States Patent No. 8,177,419;

F. An injunction permanently enjoining and restraining Defendant, its officers, directors, agents, servants, employees, attorneys and all others acting under, in concert with, or through it, directly or indirectly, from infringing United States Patent No. 8,177,419;

G. A judgment requiring Defendant to pay a reasonable royalty under 35 U.S.C. § 154(d), including both prejudgment and post-judgment interest, for infringing activity related to United States Patent No. 8,177,419 that occurred between the date Defendant received notice of United States Patent Application 2009/0268549 A1 and May 15, 2012 when United States Patent No. 8,177,419 issued;

H. A judgment requiring Defendant to pay damages under 35 U.S.C. § 284 for the infringement of United States Patent No. 8,177,419, including treble damages with both prejudgment and post-judgment interest;

I. A judgment and order directing Defendant to pay the costs of this action (including all disbursements) and attorneys' fees as provided by 35 U.S.C. § 285, with interest; and such other and further relief as this Court may deem just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff Roto-Mix demands a trial by jury on all issues so triable.

Dated this 21st day of September 2016.

>Respectfully submitted,
>
>/s/ R. Scott Johnson
>R. Scott Johnson
>Jonathan L. Kennedy
>Bruce W. McKee
>McKEE, VOORHEES & SEASE, P.L.C.
>801 Grand Avenue, Suite 3200
>Des Moines, IA 50309-2721
>Phone: 515-288-3667
>Fax: 515-288-1338
>Email: scott.johnson@ipmvs.com
>Email: jonathan.kennedy@impvs.com
>Email: bruce.mckee@ipmvs.com
>
>ATTORNEYS FOR PLAINTIFF
>ROTO-MIX, LLC